IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:05-CT-605-H

| ANTONIO WILLIAMS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| THERESA BLANTON, | ) | |
| Defendant. | ) | |

Plaintiff, a former inmate at Hertford County Jail, filed this action under 42 U.S.C. § 1983. The case was closed pursuant to an order of this court dated July 24, 2007. Plaintiff's appeal to the Fourth Circuit Court of Appeals is currently pending. This matter is before the court on Plaintiff's motion to make additional findings of fact. Because the case is closed and now pending appeal, this court no longer has jurisdiction to consider Plaintiff's motion. Accordingly, Plaintiff's motion is DENIED.

SO ORDERED this 31 day of October 2007.

MALCOLM J. HOWARD
Senior United States District Judge

nem